DOWNEY BRAND LLP
JANLYNN R. FLEENER (BAR NO. 169385)
ADRIAN J. WEBBER (BAR NO. 259118)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:    (916) 444-1000
Facsimile:    (916) 444-2100
jfleener@downeybrand.com
awebber@downeybrand.com

Attorneys for Defendant
O'REILLY AUTOMOTIVE, INC.

**FILED**
AUG 1 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILILANI GROUP, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>O'REILLY AUTOMOTIVE, INC.;<br>CSK AUTO, INC.,<br><br>            Defendants. | Case No. 2:12-CV-00891-JAM-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME FOR FILING REPLY IN SUPPORT OF MOTION FOR ATTORNEY'S FEES; ORDER**<br><br>Hon. John A. Mendez, Courtroom 6<br>Complaint Filed: April 6, 2012 |

**STIPULATION FOR EXTENSION OF TIME
FOR FILING REPLY BRIEF BY O'REILLY AUTOMOTIVE, INC.
IN SUPPORT OF MOTION FOR ATTORNEY'S FEES**

Plaintiff MILILANI GROUP, INC. ("Plaintiff") and Defendant O'REILLY AUTOMOTIVE, INC. ("O'Reilly") hereby stipulate and agree to extend the time for O'Reilly's reply brief in support of its motion for attorney's fees, set for hearing on August 21, 2013.

This stipulation is based on the following facts:

1. O'Reilly filed and electronically served notice and moving papers in support of its MOTION BY PREVAILING PARTY O'REILLY AUTOMOTIVE, INC. FOR ATTORNEY'S FEES (the "Motion") on July 15, 2013 [Doc. No. 39].

2. Plaintiff's opposition to the Motion was due on or before August 7, 2013.

3. Plaintiff filed and electronically served its opposition on Monday, August 12, 2013

1330412.1

1

1  [Doc. No. 43].

2  4. Based on the hearing date of August 21, 2013, O'Reilly's reply in support of the Motion would be due Wednesday, August 14, 2013, which is now just two days after Plaintiff filed its opposition.

5. In light of the untimely filing of its opposition, Plaintiff is willing to stipulate to an extension of the deadline for O'Reilly to file its reply in support of the Motion.

Therefore, Plaintiff and O'Reilly, by and through their undersigned counsel, HEREBY STIPULATE AND AGREE that O'Reilly shall have an extension of time to file a reply in support of the Motion by Prevailing Party O'Reilly Automotive, Inc. for Attorney's Fees, through and including Friday, August 16, 2013.

**IT IS SO STIPULATED.**

DATED: August 12, 2013          DOWNEY BRAND LLP

                                  /s/ Janlynn R. Fleener
                                  JANLYNN R. FLEENER
                                  ADRIAN J. WEBBER
                                  Attorney for Defendant
                                  O'REILLY AUTOMOTIVE, INC.

DATED: August 12, 2013          SIGNATURE LAW GROUP LLP

                                  /s/ Gordon W. Egan
                                  (as authorized on 8/12/13)
                                  GORDON W. EGAN
                                  Attorney for Plaintiff
                                  MILILANI GROUP, INC.

**ORDER**

Based on the foregoing, and good cause appearing therefore, it is hereby ORDERED that Defendant O'Reilly Automotive, Inc. shall have an extension of time through and including close of business on Friday, August 16, 2013, to file any reply in support of its Motion by Prevailing Party O'Reilly Automotive, Inc. for Attorney's Fees. *Plaintiff's counsel shall file a declaration no later than August 16, 2013 explaining why Plaintiff's opposition was filed late and why it believes sanctions should not be imposed.*

IT IS SO ORDERED.

Dated: August 12, 2013          _____
                                United States District Judge

1330412.1

STIPULATION TO EXTENSION OF TIME TO FILE REPLY ISO MOTION FOR ATTORNEY'S FEES