DOWNEY BRAND LLP
JANLYNN R. FLEENER (Bar No. 169385)
ADRIAN J. WEBBER (Bar No. 259118)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:	(916) 444-1000
Facsimile:	(916) 444-2100
jfleener@downeybrand.com
awebber@downeybrand.com

Attorneys for Defendant
O'REILLY AUTOMOTIVE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILILANI GROUP, INC., | Case No.  2:12-CV-00891-JAM-CKD |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| O'REILLY AUTOMOTIVE, INC.;<br>CSK AUTO, INC., | |
| Defendants. | |

Pursuant to and in accordance with the Court's Order filed June 17, 2013 (Docket No. 38), judgment has been entered in favor of Defendant O'Reilly Automotive, Inc., and against Plaintiff Mililani Group, Inc.,

IT IS NOW ORDERED AND ADJUDGED that judgment shall be and hereby is further entered in favor of O'Reilly Automotive, Inc., and against Mililani Group, Inc., in the amount of $52,741.50, in accordance with the Court's Order of September 11, 2013.  Interest shall accrue on this Amended Judgment at the rate specified in the contract Plaintiff sued upon, 12% per annum, from the date of the Court's award, September 11, 2013, until the date the Amended Judgment is satisfied in full.

/ / /

/ / /

The Clerk of the Court is directed to enter this Amended Judgment pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated:   11/27/2013                         /s/ John A. Mendez
                                            Hon. John A. Mendez
                                            United States District Court Judge